WILLIAM V. WHELAN [SBN 116372]
wwhelan@swsslaw.com
DEBORAH A. YATES [SBN 315590]
dyates@swsslaw.com
SOLOMON WARD SEIDENWURM &
SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendant The Penbrothers International, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| POWER INTEGRATIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SILANNA SEMICONDUCTOR NORTH AMERICA, INC., a California corporation; THE PENBROTHERS INTERNATIONAL INC., a Philippines corporation; EDISON D. DE LARA, an individual; CHARLES REYES EVANGELISTA, an individual; STUART HODGE, JR., an individual; IAN B. BARRAMEDA, an individual; ALEX F. MARIANO II, an individual; and DOES 1 to 25,<br><br>Defendants. | Case No. 5:19-cv-02700-SVK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT THE PENBROTHERS INTERNATIONAL INC. TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**[Local Rule 6-1(a)]**<br><br>Complaint Filed: May 17, 2019<br><br>Magistrate Judge Susan van Keulen |

Pursuant to the provisions of Northern District Local Rule 6-1(a), Plaintiff POWER INTEGRATIONS, INC. and Defendant THE PENBROTHERS INTERNATIONAL INC. ("Defendant"), by special appearance, hereby stipulate to extend the time within which Defendant may respond to the First Amended Complaint in this matter up through and including July 16, 2019. This Stipulation will not alter the date of any event or any deadline already fixed by Court order. For

clarity, by agreeing to and filing this Stipulation, Defendant does not consent to the jurisdiction of this Court, reserves the affirmative defense of lack of personal jurisdiction over Defendant, and reserves Defendant's right to file motions asserting lack of personal jurisdiction and requesting the transfer of this case to the Southern District of California.

IT IS SO STIPULATED.

DATED:  June 26, 2019          MICLEAN GLEASON LLP

By: /s/ Limin Zheng
LIMIN ZHENG
Attorneys for Plaintiffs

DATED:  June 26, 2019          SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ William V. Whelan
WILLIAM V. WHELAN
Attorneys for Defendant The Penbrothers International, Inc.
By special appearance

### CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I certify that the content of the foregoing stipulated request is acceptable to all persons required to sign such stipulation.

DATED:  June 26, 2019          SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ William V. Whelan
WILLIAM V. WHELAN
Attorneys for Defendant The Penbrothers International, Inc.