UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EDISON D. DE LARA, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 20-cv-410-MMA (MSB)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR AN EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT**<br><br>[Doc. No. 70] |

On March 26, 2020, the Court granted Defendants'—Edison D. De Lara, Charles Reyes Evangelista, Ian B. Barrameda, and Alex F. Mariano II (collectively, "Defendants")—Motion to Dismiss. *See* Doc. No. 69. The Court's order required plaintiff to "file a second amended complaint curing the deficiencies noted herein on or before April 14, 2020." *Id.* at 45. On April 10, 2020, Power Integrations, Inc. ("Plaintiff") filed the instant ex parte motion for an extension of time to amend its second amended complaint. *See* Doc. No. 70. Defendants filed an opposition to Plaintiff's motion, and Plaintiff filed a response to Defendants' opposition. *See* Doc. Nos. 71, 72.

Plaintiff seeks an extension to May 18, 2020 to file its second amended complaint. Plaintiff bases its motion on the ongoing public health crisis surrounding COVID-19. *See* Doc. No. 70 at 2. Plaintiff states that the pandemic and associated government shelter-in-place orders have hindered its normal business operations. *Id.* These circumstances "have severely hampered Plaintiff's ability to further investigate and prepare the amended complaint during this time." *Id.* Specifically, remote working has hindered Plaintiff's ability to collect the necessary information it seeks to include in its second amended complaint. *See id.*

In opposition, Defendants argue that Plaintiff's sought extension is "excessive and unnecessary." Doc. No. 71 at 2. Defendant emphasizes that Plaintiff has not "offered any showing as to why it does not have sufficient information after a year of prosecuting this case, receiving *thousands* of pages of document discovery *months ago*, and dozens of written discovery responses." *Id.*

Good cause appearing—in light of the ongoing public health crisis—the Court **GRANTS** Plaintiff's ex parte motion for an extension of time to amend its second amended complaint. Accordingly, Court **EXTENDS** Plaintiff's deadline to file a second amended complaint from April 14, 2020 to **May 18, 2020**.

**IT IS SO ORDERED**.

Dated: April 13, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge