UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER INTEGRATIONS, INC.<br><br>   Plaintiff,<br><br>   v.<br><br>EDISON D. DE LARA, et al.,<br><br>   Defendants. | Case No.  20cv410-MMA (MSB)<br><br>**ORDER DENYING JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE AS MOOT**<br><br>[ECF NO. 76] |

The parties filed a "Joint Motion for Determination of Discovery Dispute" on April 13, 2020. (ECF No. 76.) However, on March 26, 2020 the Honorable District Judge Michael M. Anello dismissed all claims against the remaining defendants. (See ECF No. 69.) Currently, Plaintiff's deadline to file a second amended complaint is May 18, 2020. (ECF No. 74 at 2.)

Considering that there is presently no operative complaint, the Court **DENIES** this motion **as moot**. The parties may refile their discovery dispute, if it is still relevant, within five court days of an answer being filed in this case.

**IT IS SO ORDERED.**

Dated: April 15, 2020

Honorable Michael S. Berg
United States Magistrate Judge

-1-