UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE MICHAEL S. BERG TO MAGISTRATE JUDGE DANIEL E. BUTCHER | ORDER OF TRANSFER |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Michael S. Berg, to the calendar of the Honorable Daniel E. Butcher for all further proceedings. All pending dates including discovery deadlines, hearings, and conferences before Magistrate Judge Berg, if any, remain unchanged until further order and are now **SET** before Magistrate Judge Daniel E. Butcher. Any dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 18cv13-WQH | D.C., et al. v. County of San Diego, et al. |
| 18cv373-BEN | Pulse Electronics, Inc. v. U.D. Electronic Corp. |
| 18cv1601-AJB | Thomas v. Spencer, et al. |
| 18cv2287-GPC | Securities and Exchange Commission v. Blockvest, LLC, et al. |

| | | |
|---|---|---|
| 1 | 18cv2494-WQH | MabVax Therapeutics Holdings, Inc. v. Sichenzia Ross Ference, LLP, et al. |
| 3 | 19cv920-AJB | Ra Medical Systems, Inc. v. Geiger, et al. |
| 4 | 20cv410-MMA | Power Integrations, Inc. v. Silanna Semiconductor North America, Inc., et al. |
| 6 | 20cv738-CAB | Williams v. Yanez, et al. |

**IT IS SO ORDERED.**

Dated: June 17, 2020

Honorable Michael S. Berg
United States Magistrate Judge